# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00286-CR

**Herman Miller Griffith, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. CR23,896, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Herman Miller Griffith filed a pro se notice of appeal from a judgment of conviction for sexual assault of a child, enhanced. *See* Tex. Penal Code § 22.011. However, the district court certified that this is a plea bargain case and Griffith has no right of appeal.

The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   September 24, 2014

Do Not Publish